# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Saddi, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Saddi, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_1/20/26_

Date

**Albert A. Ciardi, III**

Signature of Attorney or Litigant
Counsel for    **Saddi, LLC**
**Ciardi Ciardi & Astin**
**1905 Spruce Street**
**Philadelphia, PA 19103**
**215-557-3550 Fax:215-557-3551**